# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0320.  DON FAIRCLOTH v. THE STATE.

In 2007, Don Faircloth pled guilty to twelve counts of first degree forgery. [1] On June 23, 2014, the trial court entered an order denying Faircloth's motion for out-of-time appeal.  Faircloth filed a direct appeal from this ruling.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases." (Citation and punctuation omitted.) *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). Prior to this appeal, Faircloth filed two prior appeals challenging orders of the trial court denying motions for out-of-time appeals. See Case Number A13A1915, decided March 13, 2014 and Case Number A13A2389, decided January 15, 2014.  In both cases, we affirmed the trial court's ruling denying Faircloth an out-of-time appeal. We are precluded from revisiting an issue that has already been decided.  See *Ross*, supra at 328.  Accordingly, this appeal is hereby DISMISSED.

Given our recent opinions concluding that Faircloth is not entitled to an out-of-time appeal, this appeal is frivolous.  This Court is empowered to impose sanctions upon a party who files a frivolous notice of appeal.  See Court of Appeals Rule 15 (b). We thus caution Faircloth against filing future frivolous appeals in this Court as such

---

[1] Faircloth filed a motion to withdraw the guilty plea, which the trial court denied.  Faircloth attempted to appeal that ruling, but the appeal was dismissed based upon his failure to file a brief.  See Case Number A12A1709, dismissed July 6, 2012.

will result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/17/2014__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*